1  PETER D. NUSSBAUM (SBN 49682)
   EILEEN B. GOLDSMITH (SBN 218029)
2  CONNIE K. CHAN (SBN 284230)
   Altshuler Berzon LLP
3  177 Post Street, Suite 300
   San Francisco, California 94108
4  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
5  E-mail:     pnussbaum@altber.com
               egoldsmith@altber.com
6              cchan@altber.com

7  Attorneys for Plaintiff
   International Brotherhood of Electrical Workers, Local 302
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 302, | ) ) | Case No. 3:13-CV-05040-MEJ |
|---|---|---|
| Plaintiff, | ) ) ) | **NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | ) ) ) | |
| ROADWAY ENGINEERING WORKS, INC., | ) ) | |
| Defendant. | ) ) | |

1  The Parties to the above-captioned matter stipulate and hereby notify the Court that they have reached a settlement resolving all claims in this case and are in the process of finalizing settlement agreement language. Upon execution of the settlement agreement and implementation of certain provisions, Plaintiff will dismiss this case. Accordingly, the Parties jointly request that the Court continue the Initial Case Management Conference, currently scheduled for January 30, 2014, as well as the deadline to file a Rule 26(f) Report and complete initial disclosures, for sixty (60) days, to allow the Parties sufficient time to finalize and execute the necessary provisions of the settlement agreement.

Dated: January 23, 2014                                   Respectfully submitted,

                                                          PETER D. NUSSBAUM
                                                          EILEEN B. GOLDSMITH
                                                          CONNIE K. CHAN
                                                          Altshuler Berzon LLP


                                                          By: /s/ Peter D. Nussbaum
                                                                  Peter D. Nussbaum

                                                          Attorneys for Plaintiff
                                                          International Brotherhood of Electrical Workers, Local 302


Dated: January 23, 2014                                   ANDREW R. SHALAUTA
                                                          Burnham Brown


                                                          by: /s/ Andrew R. Shalauta
                                                                  Andrew R. Shalauta

                                                          Attorneys for Defendant
                                                          Roadway Engineering Works, Inc.

1 **[PROPOSED] ORDER**

2   Pursuant to the Parties' stipulation, the deadline to file a Rule 26(f) Report and complete initial
3 disclosures is hereby continued to March 24, 2014, and the Initial Case Management Conference,
4 currently scheduled for January 30, 2014, is hereby continued to ~~March 31, 2014~~. March 27, 2014

5 **IT IS SO ORDERED.**

6 Dated: January 24, 2014

_____
The Honorable Maria-Elena James
U.S. Magistrate Judge