1  PETER D. NUSSBAUM (SBN 49682)
   EILEEN B. GOLDSMITH (SBN 218029)
2  CONNIE K. CHAN (SBN 284230)
   Altshuler Berzon LLP
3  177 Post Street, Suite 300
   San Francisco, California 94108
4  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
5  E-mail:     pnussbaum@altber.com
               egoldsmith@altber.com
6              cchan@altber.com

7  Attorneys for Plaintiff
   International Brotherhood of Electrical Workers, Local 302
8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  INTERNATIONAL BROTHERHOOD OF          )  Case No. 3:13-CV-05040-MEJ
    ELECTRICAL WORKERS, LOCAL 302,        )
13                                        )  **STIPULATION AND [PROPOSED]**
              Plaintiff,                  )  **ORDER CONTINUING INITIAL CASE**
14                                        )  **MANAGEMENT CONFERENCE**
                                          )
15          v.                            )
                                          )
16                                        )
    ROADWAY ENGINEERING WORKS, INC.,      )
17                                        )
              Defendant.                  )
18  _____      )

19

20

21

22

23

24

25

26

27

28

1   Plaintiff International Brotherhood of Electrical Workers, Local 302 ("Plaintiff") and Defendant

2   Roadway Engineering Works, Inc. ("Defendant") (collectively the "Parties"), by and through their

3   respective attorneys of record, hereby stipulate as follows:

4   WHEREAS, on January 23, 2014, the Parties notified the Court that they had reached a

5   settlement resolving all claims in this case and were in the process of finalizing settlement agreement

6   language, and accordingly jointly requested a continuance of the initial case management conference and

7   of the deadline to file a Rule 26(f) Report and complete initial disclosures for sixty days to allow the

8   Parties sufficient time to finalize and execute the necessary provisions of the settlement agreement;

9   WHEREAS, on January 24, 2014, the Court entered an order on the parties' stipulation

10  continuing the deadline to file a Rule 26(f) Report and complete initial disclosures to March 24, 2014,

11  and continuing the initial case management conference to March 27, 2014;

12  WHEREAS, the Parties have since executed a settlement agreement resolving all claims in this

13  case; and

14  WHEREAS, the Parties need an additional 14 days to finalize settlement payments under the

15  settlement agreement;

16  The Parties hereby stipulate and jointly request the following:

17  1.  The deadline to file a Rule 26(f) Report and complete initial disclosures shall be continued

18  from March 24, 2014 to April 14; and

19  2.  The Initial Case Management Conference, currently scheduled for March 27, 2014, shall be

20  continued to April 17, 2014.

21

22  Dated: March 21, 2014                          Respectfully submitted,

23

24                                                 PETER D. NUSSBAUM
                                                   EILEEN B. GOLDSMITH
                                                   CONNIE K. CHAN
25                                                 Altshuler Berzon LLP

26

                                                   By: /s/ Peter D. Nussbaum
27                                                       Peter D. Nussbaum

28                                                 Attorneys for Plaintiff

1

1  | International Brotherhood of Electrical Workers,
   | Local 302

2

3  Dated: March 21, 2014        ANDREW R. SHALAUTA
                                Burnham Brown

4

5                               by: /s/ Andrew R. Shalauta
                                      Andrew R. Shalauta

6

7                               Attorneys for Defendant
                                Roadway Engineering Works, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# [PROPOSED] ORDER

Pursuant to the Parties' stipulation, the deadline to file a Rule 26(f) Report and complete initial disclosures is hereby continued to April 14, 2014, and the Initial Case Management Conference, currently scheduled for March 27, 2014, is hereby continued to April 17, 2014. A joint statement shall be filed by April 10, 2014.

**IT IS SO ORDERED.**

Dated: _____

The Honorable Maria-Elena James
U.S. Magistrate Judge