DATED: 4/7/2014

**GRANTED**
Judge Maria-Elena James

1  PETER D. NUSSBAUM (SBN 49682)
   EILEEN B. GOLDSMITH (SBN 218029)
2  CONNIE K. CHAN (SBN 284230)
   Altshuler Berzon LLP
3  177 Post Street, Suite 300
   San Francisco, California 94108
4  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
5  E-mail:     pnussbaum@altber.com
               egoldsmith@altber.com
6              cchan@altber.com

7  Attorneys for Plaintiff
   International Brotherhood of Electrical Workers, Local 302
8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | INTERNATIONAL BROTHERHOOD OF       )  Case No. 3:13-CV-05040-MEJ
   | ELECTRICAL WORKERS, LOCAL 302,     )
13 |                                    )  **STIPULATION OF DISMISSAL OF**
   |         Plaintiff,                 )  **ACTION WITH PREJUDICE**
14 |                                    )
   |                                    )
15 |     v.                             )
   |                                    )
16 |                                    )
   | ROADWAY ENGINEERING WORKS, INC.,   )
17 |                                    )
   |         Defendant.                 )
18 |_____)

19

20

21

22

23

24

25

26

27

28

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff International Brotherhood of Electrical Workers, Local 302 ("Plaintiff") and Defendant Roadway Engineering Works, Inc. ("Defendant") (collectively the "Parties"), by and through their respective attorneys of record, hereby stipulate that the above-captioned matter is dismissed with prejudice.

Dated: April 4, 2014                                  Respectfully submitted,

PETER D. NUSSBAUM
EILEEN B. GOLDSMITH
CONNIE K. CHAN
Altshuler Berzon LLP

By: /s/ Peter D. Nussbaum
       Peter D. Nussbaum

Attorneys for Plaintiff
International Brotherhood of Electrical Workers,
Local 302

Dated: April 7, 2014                                  ANDREW R. SHALAUTA
                                                      Burnham Brown

by: /s/ Andrew R. Shalauta
       Andrew R. Shalauta

Attorneys for Defendant
Roadway Engineering Works, Inc.